## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DERRICK HARDY**                                                                            **PLAINTIFF**

**v.**                              **CASE NO. 4:23-CV-00925-BSM**

**DEPARTMENT OF VETERANS AFFAIRS**, *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE